AO 91 (Rev. 11/11)  Criminal Complaint

FILED
United States District Court
Albuquerque, New Mexico

Mitchell R. Elfers
Clerk of Court

# UNITED STATES DISTRICT COURT
### for the

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No.    24-MJ-261 |
| Stevo PAULINO, a.k.a. "Heaven" | ) | |
| (born in 1993) | ) | |
| | ) | |
| | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ February 14, 2024 _____ in the county of _____ Bernalillo _____ in the

_____ District of _____ New Mexico _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 924(c)(1)(A)(i) | Possession of a firearm in furtherance of a drug trafficking crime. |
| 21 U.S.C. §§ 841(a)(1) and (b)(1)(B); | PWID 40 grams and More of Mixture and Substance containing Fentanyl (N-Phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide) |

This criminal complaint is based on these facts:
See attached affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Jennifer Lopez, FBI Special Agent
_____
*Printed name and title*

Sworn to before me by telephone or other reliable electronic means.

Date: _____ 02/22/2024 _____

_____
*Judge's signature*

City and state:    Albuquerque, New Mexico

Laura Fashing/ Magistrate
_____
*Printed name and title*

AFFIDAVIT IN SUPPORT OF ARREST WARRANT AND CRIMINAL COMPLAINT

I, Jennifer Lopez, being first duly sworn, hereby depose and state as follows:

### Introduction and Background of the Affiant

1.      I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been a sworn law enforcement officer for 4 years, serving as a police officer and FBI Special Agent. I am currently assigned to the FBI Albuquerque Field Office, to the Violent Gang Task Force (VGTF). As a member of the VGTF my primary responsibility is to investigate criminal enterprises involving violent repeat offenders and gang members who participate in violations of the Controlled Substances Act, firearms violations, murder, racketeering and other violations of federal law. Prior to joining the FBI in 2023, I was a police officer.

2.      My investigative training and experience include, but is not limited to, interviewing subjects, targets, and witnesses, writing affidavits for, and executing search and arrest warrants, collecting evidence, conducting surveillance, and analyzing public records. Over the course of my career, I have arrested numerous persons for offenses relating to drug possession and distribution, driving while intoxicated and or driving under the influence (DWI/DUI), firearm violations, assaults, and other criminal conduct.

3.      I make this affidavit in support of the arrest of STEVO PAULINO, aka "Heaven" for violations of:

   a.   18 U.S.C. § 924(c)(1)(A)(i) Possession of a Firearm in Furtherance of a Drug Trafficking Crime.

   b.   21 U.S.C. §§ 841(a)(1) Possession with Intent to Distribute (PWID) Fentanyl.

4.      The statements contained in this affidavit are based upon my investigation, training and experience, and information provided by other law enforcement officers or from other reliable sources. Because this affidavit is being submitted for the limited purpose of securing a criminal complaint, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts which I believe are necessary to establish probable cause to support a criminal complaint against PAULINO.

1

AFFIDAVIT IN SUPPORT OF ARREST WARRANT AND CRIMINAL COMPLAINT

### Criminal History

5.      I have reviewed PAULINO's criminal history and am aware that he has 21 prior arrests for offenses such as possession of drug paraphernalia, possession of firearm or destructive device by a felon (2 times), receiving stolen property, and bringing contraband into a jail and possession of a controlled substance. He previously provisionally pled guilty to a felony pursuant to a conditional discharge, but he then successfully completed the period of conditional discharge, so he does not appear generally prohibited from possessing firearms at this time."

### Probable Cause

6.      Within the last two months, an FBI CHS advised VGTF agents that they had observed PAULINO with multiple firearms and blues at his residence (405 San Pablo Street SE, Apt. 13 Albuquerque, NM). The CHS[1] knew PAULINO trafficked about two boats of blues[2] from his residence per week. Within the last week, the FBI CHS observed PAULINO with blues and guns at his residence.

7.      In October 2023, a police report listed the residence of record mentioned above for PAULINO. PAULINO's listed address through NMCD is as mentioned above. The FBI CHS advised VGTF agents that PAULINO lived at the residence and within the last six weeks, VGTF surveillance observed PAULINO living at the residence and going in and out of the residence.

---

[1] The CHS in question is a former gang member, former drug trafficker and has been associated with at least two Brew Town Loco members in the past. The CHS has extensive personal knowledge regarding interstate drug trafficking and gangs. The CHS was arrested by the FBI and is motivated to assist the FBI in hope of receiving a positive recommendation in a pending criminal matter and to avoid future prosecution. The CHS has felony convictions for drug trafficking, possession of a firearm by a convicted felon, burglary, breaking and entering, and receiving/transferring a stolen motor vehicle. The CHS has not been paid by the FBI for their cooperation. I believe the information provided by the CHS to be reliable because much of it has been corroborated by independent investigation. I am unaware of any false or misleading information that the CHS has provided.

[2] "Blues" is slang for blue fentanyl pills stamped with M30 markings, each weighing approximately 0.1 grams, and a "boat" is 1,000 blues. So "two boats of blues" would be 2,000 blue fentanyl pills with an expected weight of roughly 200g.

2

AFFIDAVIT IN SUPPORT OF ARREST WARRANT AND CRIMINAL COMPLAINT

8.        Agents viewed a social media profile belonging to PAULINO. Contained within PAULINO's social media profile are several photos of him holding firearms and large amounts of US Currency. Some of those photos are presented here:



STEVO PAULINO's social media posts. the top right photo was posted Dec 27, 2023

3

AFFIDAVIT IN SUPPORT OF ARREST WARRANT AND CRIMINAL COMPLAINT

9.      On February 14, 2024, an FBI Special Weapons and Tactics (SWAT) team

executed a search warrant at PAULINO's residence, 405 San Pablo Street SE Apt. 13,

Albuquerque, NM. The search warrant was authorized on February 13, 2024, by United States

Magistrate Judge Rozzoni, Case No. 24MR285.

10.     During the execution of the search warrant, PAULINO and his girlfriend were located

inside the residence. PAULINO was handcuffed and detained while agents conducted the search. Agents

seized the following items from the residence:

   a. Approximately 254.3 grams of blue pills that, when field tested, yielded a presumptive
      positive result for the presence of Fentanyl.
   b. Unknown drug: Yellow pills in a small plastic zip-lock style baggie- Pending lab results
   c. Approximately $10,258 US Currency;
   d. Loaded rifle magazine containing 5.56 ammunition
   e. Multiple loaded pistol magazines with assorted ammunition calibers
   f. High capacity magazines;
   g. Hundreds of rounds of ammunition;
   h. Two plate carriers with plates (body armor);
   i. Tristar model NKC-MD 12 gauge shotgun, SN: KRP036216 (STOLEN);
   j. Ruger Standard pistol in .22, SN: 138794 (STOLEN);
   k. CCCP pistol in 7.62x25mm, SN: 40871937;
   l. Springfield Hellcat pistol in 9mm, SN: BA433930 (STOLEN);
   m. Springfield XD9 pistol in 9mm, SN: A7791175;
   n. Glock 19 9mm pistol, SN: CFU213;
   o. Glock 19 9mm pistol, SN: FGZ309;
   p. Glock 43 9mm pistol, SN: AGPE433;
   q. Glock 22 pistol in .40, SN: WHU149;
   r. One Kimber custom TLE2 pistol in .45, SN: K584063;
   s. SCCY CPX-2 pistol in 9mm, SN: 863001;
   t. Taurus G2C pistol in 9mm caliber, SN: ADE289027;
   u. Smith & Wesson model M&P pistol in .45 caliber, SN: JNE8912;
   v. Black Cellular phone;

11.     PAULINO was booked and transported to jail by the New Mexico State Police, who

booked him on trafficking and felon in possession of a firearm state charges.

**Interstate Nexus**

12.     On February 20, 2024, SA Spaeth examined the firearms and ammunition listed above.

The firearms functioned as designed and the firearms and ammunition meet the federal definition of a

firearm and ammunition pursuant to 18 U.S.C. § 924c and 21 U.S.C. § 841. Based on my training, research,

4

AFFIDAVIT IN SUPPORT OF ARREST WARRANT AND CRIMINAL COMPLAINT

and experience I am aware that Glock, Taurus, Kimber, Springfield, Smith & Wesson, and Ruger firearms are not manufactured in the state of New Mexico and therefore traveled in interstate commerce before they were possessed by PAULINO.

## Conclusion

13.    Based on the above information, I believe there is probable cause that PAULINO violated the target offenses. This affidavit has been reviewed and approved by Assistant United States Attorney Paul Mysliwiec. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Respectfully submitted,

Jennifer Lopez
Special Agent
Federal Bureau of Investigation

Sworn telephonically and signed electronically on February 22, 2024:

HONORABLE LAURA FASHING
UNITED STATES MAGISTRATE JUDGE
ALBUQUERQUE, NEW MEXICO